IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERICA HILL, :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>GREATER PHILADELPHIA HEALTH :<br>ACTION, INC., :<br>:<br>Defendant. : | CIVIL ACTION<br><br>NO. 19-4928 |

### ORDER

**AND NOW**, this __19th__ day of August 2021, upon consideration of Defendant Greater Philadelphia Health Action's Motion for Summary Judgment (ECF 13), Plaintiff's Response in Opposition (ECF 15), and Defendant's Reply (ECF 17), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion for Summary Judgment is **DENIED**.[1]

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum dated August 19, 2021.